# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST POST SHANGHAI LOGISTICS CO., LTD., a Chinese business entity,<br><br>Plaintiff,<br><br>vs.<br><br>B612 TIMA INC., a California corporation; BEST BAY LOGISTICS INC.; RAIL DOG TRUCKING LLC,<br><br>Defendants. | Case 5:23-cv-01628-JGB-DTB<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## **JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant Best Bay Logistics Inc.'s Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant Best Bay Logistics Inc.'s Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE** as against Defendant Best Bay Logistics Inc.
3. Judgment is **ENTERED** in favor of Defendant Best Bay Logistics Inc. and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 26, 2024

Honorable Jesus G. Bernal
United States District Judge