# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST POST SHANGHAI LOGISTICS CO., LTD., a Chinese business entity,<br><br>Plaintiff,<br><br>vs.<br><br>B612 TIMA INC., a California corporation; BEST BAY LOGISTICS INC.; RAIL DOG TRUCKING LLC,<br><br>Defendants. | Case 5:23-cv-01628-JGB-DTB<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant B612 Tima Inc.'s Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant B612 Tima Inc.'s Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE** as against Defendant B612 Tima Inc.
3. Judgment is **ENTERED** in favor of Defendant B612 Tima Inc. and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
Honorable Jesus G. Bernal
United States District Judge